United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Michael S. Farrier  
    Debtor

Case No. 22-10074-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Jun 09, 2022      Form ID: pdf900      Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael S. Farrier, 1800 Olive Street, Reading, PA 19604-1618 |
| 14670976 | + | Atlas Acquisitions LLC, on behalf of UHG I LLC, 6400 Sheridan Drive, Suite 138, Williamsville NY 14221-4842 |
| 14661881 | | Citicards CBNA, PO 6217, POB 965005, Orlando, FL 32896-5005 |
| 14661888 | + | Citicards CBNA, POB 965005, Orlando, FL 32896-5005 |
| 14661886 | | Collections Bureau/Bankruptcy Unit, PO Box 9564, Boston, MA 02114-9564 |
| 14686354 | + | Deutsche Bank National Trust Company,as Indenture, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14669225 | + | JPMorgan Chase Bank, N.A.,, PO BOX 15368, Wilmington, DE 19850-5368 |
| 14661874 | + | Rebecca Ann Solarz, KML Law Group, PC, 701 Market St. Ste. 5000, Philadelphia, Pa 19106-1541 |
| 14661877 | | UHG, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 14678444 | | UHG co Peritus Portfolio Services, P.O. Box 141419, Irving, TX 75014-1419 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jun 10 2022 00:01:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 10 2022 00:01:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14670785 | | Email/Text: bnc@atlasacq.com | Jun 10 2022 00:01:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14661885 | ^ | MEBN | Jun 09 2022 23:58:36 | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| 14661872 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 10 2022 00:04:52 | Capital One Auto Finance, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14663380 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 10 2022 00:04:57 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14677578 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 10 2022 00:04:52 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14663670 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 10 2022 00:04:52 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14664641 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 10 2022 00:04:53 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14661887 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 10 2022 00:04:57 | Capital One Bank USA NA, POB 31293, Salt Lake City, UT 84131-0293 |
| 14661873 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |

| | | | |
|---|---|---|---|
| District/off: 0313-4 | User: admin | | Page 2 of 3 |
| Date Rcvd: Jun 09, 2022 | Form ID: pdf900 | | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 10 2022 00:01:00 | Deutsche Bank National Trust Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14678313 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 10 2022 00:01:00 | Deutsche Bank National Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14661884 | ^ | MEBN | Jun 09 2022 23:58:36 | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| 14661876 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 10 2022 00:01:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 14661879 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 10 2022 00:01:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14661889 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 10 2022 00:05:02 | JCMCB Card Services, POB 15369, Wilmington, DE 19850 |
| 14661875 | + | Email/Text: RASEBN@raslg.com | Jun 10 2022 00:01:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14674516 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 10 2022 00:01:00 | Jefferson Capital Systems LLC,, Po Box 772813, Chicago IL 60677-2813 |
| 14661878 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 10 2022 00:04:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14661883 | ^ | MEBN | Jun 09 2022 23:58:35 | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| 14661890 | + | Email/Text: Documentfiling@lciinc.com | Jun 10 2022 00:01:00 | Lending Club Corp, 595 Market St. Ste. 200, San Francisco, CA 94105-2802 |
| 14666211 | | Email/Text: DOREBN@DOR.STATE.MA.US | Jun 10 2022 00:01:00 | Massachusetts Department of Revenue, Attn: Bankruptcy Unit, PO BOX 7090, Boston MA 02204-7090 |
| 14661880 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 10 2022 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14661891 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 10 2022 00:01:00 | Select Portfolio Servicing, POB 65250, Salt Lake City, UT 84165-0250 |
| 14662170 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2022 00:04:53 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14661681 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2022 00:04:57 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14661892 | | 2 |
| 14661882 | | CITY OF PHILADELPHIA LAW DEPT MUNICIPAL SERVICES B, 1401 JOHN F KENNEDY BLVD 5TH FL. PHILADE |
| 14686206 | | Deutsche Bank National Trust Company, as Indenture |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14674645 | * | Jefferson Capital Systems LLC, Po Box 772813, Chicago IL 60677-2813 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Jun 09, 2022 | Form ID: pdf900 | Total Noticed: 36

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| REBECCA ANN SOLARZ | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2004-3 Asset-Backed Notes bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| SHARON S. MASTERS | on behalf of Debtor Michael S. Farrier shmasters@hotmail.com G65312@notify.cincompass.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Michael S. Farrier

    Debtor

Chapter 13

Bankruptcy No. 22-10074-PMM

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: June 9, 2022**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE