| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 22-10074-PMM

Michael S. Farrier
1800 Olive Street
Reading  PA   19604

Petition Filed Date: 01/13/2022
341 Hearing Date: 03/08/2022
Confirmation Date:

Case Status: Dismissed Before Confirmation on 6/ 9/2022

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/01/2022 | $132.00 | | | | | | | |

**Total Receipts for the Period:** $132.00   **Amount Refunded to Debtor Since Filing:** $121.44   **Total Receipts Since Filing:** $132.00

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PA DEPARTMENT OF REVENUE »» 01P | Priority Creditors | $1,840.82 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $1,721.39 | $0.00 | $0.00 |
| 0 | SHARON S MASTERS ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 3 | AMERICAN INFOSOURCE LP »» 002 | Unsecured Creditors | $3,478.20 | $0.00 | $0.00 |
| 4 | MASSACHUSETTS DEPARTMENT OF REVENUE »» 03S | Secured Creditors | $74,600.77 | $0.00 | $0.00 |
| 5 | MASSACHUSETTS DEPARTMENT OF REVENUE »» 03U | Unsecured Creditors | $3,950.00 | $0.00 | $0.00 |
| 6 | MASSACHUSETTS DEPARTMENT OF REVENUE »» 03P | Priority Creditors | $209.58 | $0.00 | $0.00 |
| 7 | CHASE BANK USA NA »» 004 | Unsecured Creditors | $2,043.27 | $0.00 | $0.00 |
| 8 | UHG I LLC »» 005 | Unsecured Creditors | $12,247.78 | $0.00 | $0.00 |
| 9 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $1,836.14 | $0.00 | $0.00 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC »» 007 | Unsecured Creditors | $4,377.84 | $0.00 | $0.00 |
| 11 | UNITED STATES TREASURY (IRS) »» 08S | Secured Creditors | $25,033.11 | $0.00 | $0.00 |
| 12 | UNITED STATES TREASURY (IRS) »» 08P | Priority Creditors | $9,591.56 | $0.00 | $0.00 |
| 13 | UNITED STATES TREASURY (IRS) »» 08U | Unsecured Creditors | $49,493.19 | $0.00 | $0.00 |
| 14 | CAPITAL ONE AUTO FINANCE »» 009 | Secured Creditors | $6,108.73 | $0.00 | $0.00 |
| 15 | SELECT PORTFOLIO SERVICING INC »» 010 | Mortgage Arrears | $27,882.91 | $0.00 | $0.00 |
| 16 | UHG »» 011 | Unsecured Creditors | $12,247.78 | $0.00 | $0.00 |

| 0 | Michael S. Farrier | Debtor Refunds | $121.44 | $121.44 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $132.00 | Current Monthly Payment: | $132.00 |
| Paid to Claims: | $121.44 | Arrearages: | $0.00 |
| Paid to Trustee: | $10.56 | Total Plan Base: | $7,920.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.